# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 25-CR-00260 (TSC) |
| | : | |
| GARY RANDOLPH YATES III, | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S SUGGESTION OF DEATH
## AND REQUEST FOR ABATEMENT OF PROSECUTION

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully seeks abatement of prosecution in this matter. As grounds for this request, the United States now says that on information and belief defendant Gary Yates died on or about November 7, 2025. On January 15, 2026, the United States received confirmation from Maryland Department of Health, Office of the Chief Medical Examiner, that Gary Yates passed away on November 7, 2025 in Fort Washington, Maryland.

A defendant's death is a basis for abatement of all prosecution proceedings from their inception. See Durham v. United States, 401 U.S. 481, 483 (1971) (citations omitted).

WHEREFORE, the United States respectfully requests that the prosecution of Mr. Yates be abated.

Respectfully submitted,

Jeanine F. Pirro
UNITED STATES ATTORNEY

BY:      //s//
Iris Y. McCranie
Assistant United States Attorney
NY Bar 5011234
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7828
iris.mccranie@usdoj.gov